SIDNEY E. MADERS, as Receiver, etc., Respondent, *v.* WILLIAM I. WHALLON et al., Impleaded, etc., Appellants.

*Maders, Recr., etc.,* v. *Whallon,* 80 Hun, 240, affirmed.
(Argued April 16, 1896; decided May 26, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered July 19, 1894, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Richard L. Hand* and *B. Pond* for appellants.

*F. A. Rowe* for respondent.

Judgment affirmed, with costs, on opinion below.
All concur.

---

MICHAEL L. WOODS et al., Respondents, *v.* PEREZ DICKINSON, Appellant.

*Woods* v. *Dickinson,* 78 Hun, 615, affirmed.
(Argued April 16, 1896; decided May 26, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 18, 1894, which affirmed a judgment in favor of plaintiffs entered upon the report of a referee.

*Hamilton Odell* for appellant.

*Philip G. Bartlett* and *Simpson, Thacher & Barnum* for respondents.

Judgment affirmed, with costs; no opinion.
All concur, except BARTLETT, J., not voting.